# MISCELLANEOUS CASE COVER SHEET

**PLAINTIFFS**
YVETTE GRIFFIN, individually and on behalf of all others similarly situated,
Plaintiff

THE BALTIMORE LIFE INSURANCE COMPANY,
Third Party Plaintiff

**Attorney's** (Firm Name, Address, and Telephone Number)
Martin Wolf
Gordon, Wolf, & Carney, Chtd.
102 W. Pennsylvania Avenue, Suite 402
Towson, Maryland 21204
mwolf@GWCfirm.com

Patrick H. Peluso
(ppeluso@woodrowpeluso.com)
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Counsel for Plaintiff and the Putative Class

**DEFENDANTS**
THE BALTIMORE LIFE INSURANCE COMPANY,
Defendant

Q3M INSURANCE SOLUTIONS, LLC, ROBERT HUDSON, and ARTREANUA CARR,
Third-Party Defendants

**Attorneys (If Known)**
Thomas J. Cunningham (pro hac vice)
tcunningham@lockelord.com
Steven J. Brotman (pro hac vice)
Steven.brotman@lockelord.com
LOCKE LORD LLP
777 South Flagler Drive
Suite 215 – East Tower
West Palm Beach, Florida 33401

MARKS, O'NEILL, O'BRIEN,
DOHERTY & KELLY, P.C.
Attorneys for Third-Party Defendant Q3M Insurance Solutions, LLC, Robert Hudson and Autreanua Carr

**DESCRIPTION OF CASE**
Original action venued in the District of Maryland as a class action against Defendant Baltimore Life Insurance Company for alleged violations of the Telephone Consumer Protection Act and the Maryland Telephone Protection Act. This action is for a motion to compel a response to a subpoena on non-party Fluent, Inc.

Has this or a similar case been previously filed in SDNY?

No? [✓]   Yes? [ ]   Judge Previously Assigned _____

If yes, was this case: Vol. [ ]   Invol. [ ]   Dismissed. No [ ]   Yes [ ]

If yes, give date _____ & Case No. _____

**NATURE OF CASE**

- [✓] M 08-85 Motion to Compel
- [ ] M 08-85 Motion to Quash
- [ ] M 08-86 Internet Infringement
- [ ] M 08-88 Surety Companies
- [ ] M 08-425 Sureties Proceedings

- [ ] M 11-03 SEC Litigation to Freeze Account
- [ ] M 11-188 GJ Subpoenas - Unsealed
- [ ] M 11-189 GJ Subpoenas - Sealed
- [ ] M 16-88 Sale of Unclaimed Seamen's Effects
- [ ] M 18-66 Forfeiture Proceedings - Funds Held in trust. 28 USC 1746
- [ ] M 18-302 Registration of a Judgment from Another District
- [ ] M 18-304 Administrative Subpoena Proceedings
- [ ] M 18-305 Registration of Student Loan Judgment
- [ ] M 18-981 Nonjudicial Civil Forfeiture Proceeding
- [ ] M 19-25 Order Authorizing IRS Officer to Enter Premises for Levy
- [ ] M 19-58 General Bonds in Admiralty Purs. to Local Admiralty Rule 8
- [ ] M 19-63 Receivers - Property in Other Districts
- [ ] M 19-78 Denial to Sue In Forma Pauperis
- [ ] M 22-1 Designation by U.S. Attorney of Individual to accept service of summons and complaint
- [ ] M 22-2 Designation of individual to issue certified copies in bankruptcy part
- [ ] M 23 Petition to Perpetuate Testimony
- [ ] M 25-1 Order for Entry to Effect Levy - IRS Matter
- [ ] M 25-2 Permission to have access to safe deposit boxes
- [ ] M 26-1 Proceeding to Enforce Order of Administrator - National Credit Union

- [ ] M 26-2 Application to Enforce Administrative Order Rule 5A Rule of Division of Business among District Judges
- [ ] M 28 Warrant for Entry & Inspection of Premises
- [ ] M 29 Privacy Act Application
- [ ] M 30 Privacy Act Application
- [ ] M 31 Order of Commodity Exchange Commission Directing Person to Pay Money
- [ ] M 32 Petition for Writ to Produce Federal Prisoner in State Court
- [ ] M 33 Inspection Warrant - Department of Energy
- [ ] M 34 Order of Another District Court that the State Court Produce
- [ ] M 35 Order to Stay Transfer of Federal Prisoner
- [ ] M 36 National Labor Relations Board
- [ ] M 37 Application to Re-Open Civil Case(s) that are more than 25 years old
- [ ] M 38 Application for Reassignment of Bankruptcy Proceeding
- [ ] M 39 Application for Discovery and Inspection of Defendant Detained in Federal Prison
- [ ] M 41 Order of Return of 28:2254/2255 Petition
- [ ] M 42 Order Denying Stay of Deportation
- [ ] M 43 Contempt of Court in Bankruptcy
- [ ] M 44 Claim Compensation under Longshoremen & Harbor Workers Compensation Act
- [ ] M 46 Order From Another District for Public Viewing
- [ ] M 47 Bankruptcy Cases - Before Appeal Filed
- [ ] M 47B Transmission of Proposed Findings of Fact and Conclusions of Law
- [ ] M 48 Application for Appointment of Counsel - No Case In This Court
- [ ] M 49 Order Denying Commencement of Civil Action

Rev. 04/2019

**NATURE OF CASE CONTINUED**

- [ ] M 51 Order to Show Cause - Case Being Transferred from Northern District of New York
- [ ] M 52 Application for Leave to File a Complaint
- [ ] M 53 Order Barring Individual from Entering Courthouse Building
- [ ] M 54 Immigration Naturalization - Order Delaying Deportation
- [ ] M 55 Petition for Appointment of Impartial Umpire – Labor Management Relations Act and Others
- [ ] M 58 Application for Extension of Time to File Petition for Removal
- [ ] M 59 Application to Produce Federal Prisoner in State Court
- [ ] M 67 Notice of Eviction to Squatters (USA Cases)

- [ ] M 71 Application re: Federal Rules Cr. 11(e)(2)
- [ ] M 72 Order of Attachment of Another District – EDNY
- [ ] M 73 Subpoena to Government Agency
- [ ] M 75 Application for Writ of Garnishment
- [ ] M 76 Central Violations Bureau
- [ ] M 77 Application to have subpoena issued to person living in this district regarding action in foreign country or tribunal
- [ ] M 90 Order of Attachment
- [ ] M 93 Letters Rogatory _____
- [ ] M 94 Other _____

**DO YOU CLAIM THIS CASE IS RELATED TO A MISCELLANEOUS CASE NOW PENDING IN THE SDNY? IF SO, STATE:**

JUDGE _____ MISCELLANEOUS CASE NUMBER _____

NOTE: Please submit at the time of filing an explanation of why cases are deemed related

**PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)**

**DEFENDANT(S) ADDRESS UNKNOWN**

REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**CHECK ONE:** AT LEAST ONE PARTY IS PRO SE    No ✔   Yes ☐
**CHECK ONE:** THIS ACTION SHOULD BE ASSIGNED TO    WHITE PLAINS ☐   MANHATTAN ✔

| DATE | SIGNATURE OF ATTORNEY OF RECORD | ADMITTED TO PRACTICE IN THIS DISTRICT |
|---|---|---|
| 7/1/21 | /s/ Sydney A. Fetten | ☐ U.S. GOVERNMENT ATTORNEY<br>☐ NO<br>✔ YES (DATE ADMITTED MO. **01** YR. **2018**)<br>ATTORNEY BAR CODE # **SF-0991** |

RECEIPT #

Ruby J. Krajick, Clerk of Court, _____   Dated _____

by Rev. 04/2019