UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YVETTE GRIFFIN, *individually and on behalf*    :
 *of all others similarly situated*,

                                                :      ORDER
                   Plaintiff,
                                                :      21 MC 502 (RA) (GWG)
        -v.-

                                                :

THE BALTIMORE LIFE
INSURANCE COMPANY,                              :


                   Defendant.                   :
-------------------------------------------------------------X
GABRIEL W. GORENSTEIN, United States Magistrate Judge

        Third-party defendants Q3M Insurance Solutions, LLC, Robert Hudson, and Artreanua
Carr have filed a motion to compel non-party Fluent Inc.'s compliance with a third-party
subpoena.  See Motion to Compel, filed July 1, 2021 (Docket # 2).  The Court sets the following
deadlines for the briefing of this motion:

        July 29, 2021: Fluent Inc.'s opposition.

        August 5, 2021: Third-party defendants' reply.

        SO ORDERED.

Dated: July 15, 2021
        New York, New York


                                            _____
                                            GABRIEL W. GORENSTEIN
                                            United States Magistrate Judge