

August 12, 2021

**VIA ECF**
Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

**MEMORANDUM ENDORSEMENT**

Re:   *Griffin v. The Baltimore Life Company et al.*
         Case No.: 1:21-mc-502-RA-GWG

Dear Judge Gorenstein:

    This office serves as counsel to Fluent, Inc. ("Fluent") in certain of its litigation matters. We submit the following in accordance with Rule 1.E of Your Honor's Individual Rules of Practice for the limited purpose of requesting an extension of the deadline for Fluent to file opposition papers to the pending motion to compel (Dkt. No. 2) to August 19, 2021.

    This is the second request for an extension of this deadline. Fluent makes this request because it is awaiting confirmation from Q3M Insurance Solutions, LLC's ("Q3M") lead counsel in the underlying Maryland litigation as to whether a supplemental production made by Fluent pursuant to the subject subpoena satisfies its purported outstanding obligations thereunder. To that end, counsel for Q3M has confirmed that she has no objection to Fluent's request. Fluent has no objection to a similar extension of Q3M's time to submit prospective reply papers, if any.

    Thank you for your attention to this matter.

                                    Respectfully submitted,

                                    */s/ Neil E. Asnen*
                                    Neil E. Asnen

cc:  All counsel of record via ECF

**Extension to August 19, 2021 granted. Any reply is due August 26, 2021. In the future, the parties should comply with paragraph 1.E of the Court's Individual Practices.**

**So Ordered.**

GABRIEL W. GORENSTEIN
United States Magistrate Judge
August 12, 2021